UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES WIRTH,<br><br>                  Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00742-MMD-VPC<br><br>ORDER |

Petitioner, who is in the custody of the Nevada Department of Corrections, has filed an application to proceed *in forma pauperis* (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The financial information attached to the application is six months out of date. Petitioner needs to file a new application with a statement of his inmate account for the most recent six months. LSR 1-2.

Petitioner also has used the incorrect form for his petition. Petitioner is challenging the method of accrual of credits toward parole eligibility. He is not challenging the validity of his judgment of conviction. Nonetheless, petitioner is in custody pursuant to a judgment of conviction of a state court, and thus 28 U.S.C. § 2254 is the applicable provision. Petitioner will need to file an amended petition on the Court's form for a § 2254 petition.

It is therefore ordered that the application to proceed *in forma pauperis* is denied.

It is further ordered that petitioner must file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.

The Clerk of the Court will send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner will make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner will have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of the Court file the petition for a writ of habeas corpus.

It is further ordered that the Clerk of the Court send petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner will have thirty (30) days from the date that this order is entered in which to file an amended petition on the correct form. Failure to comply with this order will result in the dismissal of this action.

It is further ordered that petitioner shall clearly title the amended petition as such by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" on page 1 in the caption, and petitioner must place the case number, 3:17-cv-00742-MMD-VPC, above the word "AMENDED."

It is further ordered that the Clerk add Adam Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk electronically serve upon respondents a copy of the petition and this order. Respondents' counsel must enter a notice of appearance herein within twenty (20) days of entry of this order, but no further response will be required from respondents until further order of the Court.

DATED THIS 4th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE