# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHARLES WIRTH,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:17-cv-00742-MMD-VPC

ORDER

    Petitioner has submitted two applications to proceed *in forma pauperis* (ECF Nos. 10, 13). The Court finds that Petitioner is unable to pay the filing fee.

    Petitioner has filed a letter asking for a receipt of the filing fee and a copy of the docket sheet (ECF No. 12). The Court grants the request in part, to send Petitioner a copy of the docket sheet. The request for the filing-fee receipt is moot because the Court is granting Petitioner leave to proceed *in forma pauperis*.

    Petitioner has filed a motion for judicial notice (ECF No. 14), and Respondents have filed an opposition (ECF No. 15). Although the time has not yet expired for Petitioner to file a reply, the Court will deny the motion. Petitioner asks the Court to take judicial notice of case number PI 17-1093 out of Pershing County. However, Petitioner has not attached any documents from that case, and the courts in Pershing County do not have case information available on-line. Furthermore, Petitioner appears to be challenging the method of accrual of credits toward a sentence imposed by the Fifth Judicial District Court in Nye County. Petitioner has not alleged how this Pershing County case is relevant.

///

1 | The Court has reviewed the amended petition (ECF No. 11) under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct Respondents to file a response.

It is therefore ordered that the applications to proceed *in forma pauperis* (ECF Nos. 10, 13) are granted. Petitioner need not pay the filing fee of five dollars ($5.00).

It is further ordered that Petitioner's request for the docket sheet (ECF No. 12) is granted in part. The Clerk is instructed to send Petitioner a copy of the docket sheet.

It is further ordered that Petitioner's motion for judicial notice (ECF No. 14) is denied.

It is further ordered that Respondents will have forty-five (45) days from the date of entry of this Order to answer or otherwise respond to the amended petition (ECF No. 11.) Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained.

It is further ordered that if Respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then Petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

It is further ordered that if Respondents file and serve a motion, then Petitioner will have fourteen (14) days from the date of service of the motion to file a response to the motion. Respondents then will have seven (7) days from the date of service of the response to file a reply.

///
///
///
///
///
///

It is further ordered that, notwithstanding Local Rule LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the court.

DATED THIS 23rd day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE